UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CIVIL ACTION NO. 3:23-CV-00284-BJB

**THRYV, INC.**                                                                                             **PLAINTIFF**

**VS.**

**CLARK SCOTT**                                                                          **DEFENDANT**

## **ORDER**

The Court ruled on a variety of discovery disputes that arose between Plaintiff Thryv, Inc. ("Plaintiff") and Defendant Clark Scott ("Defendant") in an Order on August 14, 2025. (DN 55). The Court ordered Defendant to make amendments and provide supplements to his discovery responses by August 28, 2025. (*Id.*). It was further ordered that the Parties submit a Joint Status Report by the same. (*Id.*). Instead of submitting a Joint Status Report, the Parties submitted individual Status Reports. (*See* DN 56; DN 57). Based on the information within those reports, there appear to be outstanding issues regarding the ordered amendments and supplements that necessitate additional time for the Parties to meet and confer. Accordingly, the Parties shall confer over the next fourteen days and file a Joint Status Report apprising the Court of their efforts, any solutions reached, and any issues remaining.

**IT IS THEREFORE ORDERED** that the Parties must submit a Joint Status Report to the Court **within fourteen (14) days of the entry of this Order** apprising the Court whether any outstanding issues remain.

**IT IS SO ORDERED.**

Copies:          Counsel of Record