UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CIVIL ACTION NO. 3:23-CV-00284-BJB

**THRYV, INC.**                                                                                        **PLAINTIFF**

**VS.**

**CLARK SCOTT**                                                                   **DEFENDANT**

## ORDER

A telephonic status conference was conducted in this action on December 1, 2025, during which Plaintiff raised ongoing concerns about the sufficiency of Defendant's written discovery responses and compliance with Court Orders. (DN 69). The Court acknowledged Plaintiff's concerns but as the Parties had yet to confer, directed them to do so and file a joint status report outlining any issues outstanding. (*Id.*). The Parties filed a joint status report on December 5, 2025. (DN 70).

Plaintiff reports that the Parties briefly conferred on December 5, 2025 but were unable to resolve the issues prior to filing the status report. Plaintiff goes on to identify, in detail, the alleged deficiencies. Defendant represents that he will cure the alleged deficiencies by providing the following: (1) "additional information concerning his Chicago trip[;]" (2) "a comprehensive listing of material already produced tied to each document request[;]" and (3) a statement to "address any particular document Plaintiff believes should have been produced but was not." Based on these representations, and the Parties upcoming mediation on December 11, 2025, the Court directs Defendant to complete these tasks and provide his amended responses to Plaintiff no later than Wednesday, December 10, 2025, at 12:00 PM. Defendant shall refer to the deficiencies outlined

2

in the status report. The Parties shall file a joint status report no later than Friday, December 12, 2025, apprising the Court of the status of their mediation efforts and any issues outstanding.

**IT IS THEREFORE ORDERED** that Defendant shall provide Plaintiff with additional information concerning his trip to Chicago, a comprehensive list of material produced tied to each document request, and a statement to address any particular document Plaintiff believes should have been produced but was not no later than **Wednesday, December 10, 2025, at 12:00 PM.**

**IT IS FURTHER ORDERED** that the Parties shall file a **joint status report** no later than **Friday, December 12, 2025,** apprising the Court of status of their mediation efforts and any issues outstanding.

**IT IS SO ORDERED.**


Copies:	Counsel of Record